[No. 32648-5-II.   Division Two.   January 31, 2006.]

TANYA GOODROAD, *Appellant,* v. CHARLES ANDERSON, *Respondent.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 03-2-01059-7, Stephen M. Warning, J., entered December 9, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Van Deren, J.

[No. 32713-9-II.   Division Two.   January 31, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. DEBRAY KAY BELLE, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 04-1-01812-9, Roger A. Bennett, J., entered December 29, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Van Deren, J.

[No. 32780-5-II.   Division Two.   January 31, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. ERIC ALBERT WATSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-03470-3, James R. Orlando and Katherine M. Stolz, JJ., entered January 13, 2005. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall, C.J., and Houghton, J.

[No. 32886-1-II.   Division Two.   January 31, 2006.]

*In the Matter of the Marriage of* ANGELA RENAE VAN HORNE, *Respondent,* and DONALD RAY VAN HORNE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 03-3-03414-1, Vicki L. Hogan, J., entered February 14, 2005. *Reversed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Bridgewater and Armstrong, JJ.